**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6855**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

WADE CUTCHEN, a/k/a Tool Man,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda Wright Allen, District Judge.  (4:99-cr-00055-AWA-2)

———————

Submitted:  August 22, 2012          Decided:  August 27, 2012

———————

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Wade Cutchen, Appellant Pro Se.  Timothy Richard Murphy, Special Assistant United States Attorney, Newport News, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wade Cutchen seeks to appeal the district court's order construing his motion to dismiss the indictment as a successive 28 U.S.C.A. § 2255 (West Supp. 2012) motion and dismissing it on that basis. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Cutchen has not made the requisite showing. Accordingly, we deny his motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the

2

materials before the court and argument would not aid the decisional process.

DISMISSED